OSCN Found Document:STATE OF OKLAHOMA ex rel OBA v. CONRADY

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 STATE OF OKLAHOMA ex rel OBA v. CONRADY
2025 OK 50
Case Number: SCBD-7863
Decided: 07/30/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 50, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

State of Oklahoma ex rel. Oklahoma Bar Association, Complainant
v.
James Albert Conrady, Respondent

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 Complainant, the Oklahoma Bar Association (OBA), filed a verified complaint against Respondent, James Albert Conrady, pursuant to Rule 6 of the Rules Governing Disciplinary Proceedings (RGDP) 5 O.S.2011, ch. 1, app. 1-A. With the concurrence of the Professional Responsibility Commission, the OBA, requests an emergency interim suspension and related relief to prohibit Respondent from withdrawing funds from his IOLTA account until a complete audit may be performed, pursuant to Rule 6.2A of the RGDP.

¶2 The OBA submits Respondent's conduct poses an immediate threat of substantial and irreparable public harm to the public and warrants imposition of an emergency interim suspension. In addition to interim suspension, the OBA requests the Court issue an order prohibiting Respondent from withdrawing funds from his IOLTA account until an audit may be performed.

¶3 This Court ordered Respondent to show cause why an immediate interim suspension should not be entered and the related relief should not be granted. Respondent did not respond.

¶4 Upon consideration of the application for immediate interim suspension, the Court finds that Respondent's conduct poses an immediate threat of substantial and irreparable public harm, namely harm to his clients' legal and financial interests.

¶5 IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Respondent, James Albert Conrady, is immediately suspended from the practice of law, pursuant to Rule 6.2A of the RGDP.

¶DONE BY ORDER OF THE SUPREME COURT on July 30, 2025.

                                                                                                                                                      ________________________________
                                                                                                                                                      /S/ ACTING CHIEF JUSTICE

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105